Motion granted.  Responsive pleading due 2/26/18.
/s/ John R. Adams
U.S. District Judge
2/14/18

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **BRUCE R. SHEPHERD,** | ) | Case No.: 5:18-cv-00084-JRA |
| | ) | |
| *Plaintiff,* | ) | Judge John R. Adams |
| | ) | |
| *vs.* | ) | |
| | ) | |
| **CARRINGTON MORTGAGE** | ) | **UNOPPOSED MOTION OF** |
| **SERVICES, LLC,** *et al.,* | ) | **DEFENDANT CARRINGTON** |
| | ) | **MORTGAGE SERVICES, LLC** |
| *Defendants.* | ) | **FOR EXTENSION OF TIME** |

Defendant Carrington Mortgage Services, LLC ("CMS") moves this Court for an extension of ten days, or until February 26, 2018, to answer or otherwise plead in response to the Complaint.

This short extension is necessary to permit CMS to gather the documentation and factual information needed to investigate and respond to the lengthy and fact-intensive Complaint, which asserts nine counts and contains 209 paragraphs.  Plaintiff's counsel, Brian Frick, has confirmed that Plaintiff consents to an extension and will not oppose this Motion.

This Motion is not interposed for purposes of delay and will not unfairly prejudice any party, as evidenced by the Plaintiff's agreement to not oppose this Motion.

A proposed order is attached to this Motion.

Respectfully submitted,

*/s/ Christopher C. Koehler*
Christopher C. Koehler (0059384)
Melissa A. Jones (0074967)
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, OH  44114
Telephone: 216.515.1660

00505384-1